IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TWIN CITY FIRE INSURANCE CO., | No. 4:22-CV-01485 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GLENN O. HAWBAKER, INC., DANIEL HAWBAKER, PATRICK HAWBAKER, and D. MICHAEL HAWBAKER, | |
| Defendants. | |

## ORDER

### AUGUST 31, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Twin City Fire Insurance Co.'s Motion to Dismiss Defendants' Amended Counterclaim (Doc. 27) is **GRANTED** and Defendants' Amended Counterclaim is **DISMISSED WITH PREJUDICE**.

2. A telephonic conference call with counsel of record will be scheduled by separate order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge